IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. ___9:25-cr-00564___ |
| | ) | |
| | ) | 18 U.S.C. § 922(k) |
| v. | ) | 18 U.S.C. § 924(a)(1)(B) |
| | ) | |
| | ) | |
| **CASTON BROWN** | ) | |
| | ) | **INFORMATION** |
| | ) | |

## COUNT 1

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 27, 2023, in the District of South Carolina, the Defendant, **CASTON BROWN**, knowingly did possess a firearm, to wit, a Radical Firearms RF15 .223 caliber rifle, which had the importer's and manufacturer's serial number removed, obliterated, and altered and had at some time been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

_____
J. Carra Henderson (Fed. ID # 12229)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29402
Tel.: (843) 727-4381
Fax: (843) 727-4443
Email: carra.henderson@usdoj.gov