IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
<u>CHARLESTON</u> DIVISION

UNITED STATES OF AMERICA

vs.                                       CR. NO: __9:25-cr-00564__-BHH

**CASTON BROWN**

**PLEA**

The defendant, **Caston Brown,** having waived Indictment on April 10, 2025 , pleads **GUILTY** to Count 1 of the Information Indictment after arraignment in open court.

_____
Defendant

April 10th, 2025
Charleston, South Carolina